# Exhibit "H"

The purported "Assignment" of the Second Note by Miguel Romero to defendant BONY, dated March 29, 2012.



STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
RECORDED
April 16, 2012 8:02 AM
Doc No(s) T-8141294
on Cert(s) 700209
Issuance of Cert(s)

/s/ NICKI ANN THOMPSON
ASSISTANT REGISTRAR

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances,
as _____

_____Nicki Ann Thompson_____
Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

1   18 / 23   DML
B-32046138

DocID#   95411524327580723

Property Address:
91-1032 Mikiala St
Ewa Beach, HI 96706-4658
HIO-AM 17746948        3/28/2012

This space for Recorder's use

Recording Requested By:
Bank of America
Prepared By:
Diana De Avila
888-603-9011
450 E. Boundary St.
Chapin, SC 29036

When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

MIN #:   1000157000059216651         MERS Phone #:   888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H** whose address is 226 W MONROW ST 26FL, CHICAGO, IL 60670 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:   **COUNTRYWIDE HOME LOANS, INC.**
Borrower(s):   **ANTONY MARK TOLEDO, AND ANNIE LEE TOLEDO, HUSBAND AND WIFE**
Date of Mortgage:   10/3/2005    Original Loan Amount:   $150,000.00
Certificate of Title Number:   700,209
Recorded in Honolulu/Torrens, HI on: 10/12/2005, book N/A, page N/A and instrument number 3339648

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
3/29/12

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Miguel Romero Vice President

State of California
County of Ventura

On __03/29/12__ before me, __Marcellus Ellis__, Notary Public, personally appeared __Miguel Romero__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: __Marcellus Ellis__     (Seal)
My Commission Expires: __October 31, 2013__

MARCELLUS ELLIS
Commission # 1869981
Notary Public - California
Los Angeles County
My Comm. Expires Oct 31, 2013

DocID#     95411524327580723

