HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

ANTONY TOLEDO and ANNIE TOLEDO

*Plaintiff*

v.

BANK OF NEW YORK MELLON, as trustee on behalf of the certificate holders of the CWHEQ...et al.

*Defendant*

Civil Action No. CV13 00539 DKW KSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Miguel Romero
c/o Bank of America
450 American Street
Simi Valley, CA 93065-6285

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBERT L. STONE
PROPERTY RIGHTS LAW
7 WATERFRONT PLAZA
500 ALA MOANA BOULEVARD
HONOLULU, HI 96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/14/2013

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Hawaii

Case Number: CV13 00539 DKW KSC

Plaintiff:
**ANTHONY TOLEDO and ANNIE TOLEDO**

vs.

Defendant:
**BANK OF NEW YORK MELLON, as Trustee on behalf of the certificate holders of the CWHEQ... et al**

For:
Robert Stone, Esq.
PROPERTY RIGHTS LAW GROUP, P.C.
7 WATERFRONT PLAZA
500 ALA MOANA BLVD., SUITE 400
HONOLULU, HI 96813

Received by Cal Process Servers on the 22nd day of November, 2013 at 3:45 pm to be served on **MIGUEL ROMERO, 450 AMERICAN STREET, SIMI VALLEY, CA 93065-6285**.

I, Richard Steiber, do hereby affirm that on the **18th day of December, 2013 at 7:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING RULE 16 SCHEDULING CONFERENCE; EXHIBITS A THROUGH J** with the date and hour of service endorsed thereon by me, to: **BRIAN PETTEE** as **SECURITY SUPERVISOR**, a person employed therein and authorized to accept service for **MIGUEL ROMERO** at the address of: **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93065**, the within named person's usual place of **Work**, in compliance with State Statutes.

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United States Mail, in a sealed enevelope with postage prepaid, addressed to the defendant at the above named address on: **12/19/2013**. from: **IRVINE, CA**

**Service Fee Items:**
Routine Process Service   $60.00
Total                     $60.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Richard Steiber
1852

**Cal Process Servers**
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2013001589

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Civil Action No. CV13 00539 DKW KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MIGUEL ROMERO**
was received by me on *(date)* **11/24/2013**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I left the summons at the individual's usual place of work with: BRIAN PETTEE, Security Supervisor at Bank of America, Corporate Office, a person of suitable age and discretion who works there on: 12/18/13, and mailed a copy to the individual at the same address of: 1800 Tapo Canyon Road, Simi Valley, CA 93065.

My fees are $ 0.00 for travel and $ 115.00 for services, for a total of $ 115.00.

I declare under penalty of perjury that this information is true.

Date: 01/04/2014

*Server's signature*

Richard Steiber, Process Server (Orange County PSC# 1852)
*Printed name and title*

14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949)295-8028
*Server's address*

Additional information regarding attempted service, etc:
Declaration of Due Diligence attached for attempts made for personal service.